**Copyrights-In-Suit for IP Address 99.34.109.66**

**ISP:** AT&T Internet Services
**Location:** Libertyville, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 02/13/2018 |
| Keep Cumming Kylie | PA0001967082 | 08/25/2015 | 09/07/2015 | 06/09/2016 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 06/09/2015 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/01/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 06/01/2015 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/12/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 6**

EXHIBIT B

NIL875